THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **ELISA RODRIGUEZ,** <br><br> **Plaintiff,** <br><br> v. <br><br> **SIKA CORPORATION, GREENWICH INSURANCE COMPANY, and MICHAEL STEVEN REEVES,** <br><br> **Defendants.** | **FILE NO. _____** |

## NOTICE OF REMOVAL OF DEFENDANTS

Defendants Sika Corporation, Greenwich Insurance Company, and Michael Steven Reeves, respectfully and timely file this Notice of Removal to the United States District Court for the Northern District of Georgia, Atlanta Division, showing the Court as follows:

1.

On May 25, 2023, Plaintiff filed a personal injury lawsuit against the above-named Defendants in the State Court of Gwinnett County, Georgia, which is within the Northern District of this Court. 28 U.S.C. § 90(a)(2).

1

2.

On August 24, 2023, Defendants Sika and Greenwich were served with the Complaint and associated summons via personal service of process on their respective Georgia registered agents. On September 1, 2023, Defendant Mr. Reeves was personally served. A true and correct copy of Plaintiff's original Complaint with the associated summons is **Exhibit 1** to this Notice.

3.

On September 22, 2023, Defendants filed their Answer and Defenses to Plaintiff's Complaint in the State Court of Gwinnett County, Georgia. A true and correct copy of Defendants' Answer and Defenses to Plaintiff's Complaint is **Exhibit 2** to this Notice.

4.

Defendant Sika is a foreign corporation formed under the laws of the State of New Jersey, with its principal place of business in the State of New Jersey.[1] Defendant Greenwich is a Delaware corporation with its principal place of business in Connecticut.[2] Defendant Mr. Reeves is a resident of the State of Florida.[3]

---

[1] *See* Ex. 1, ¶ 2; Ex. 2, ¶ 2.
[2] Ex. 1, ¶ 3; Ex. 2, ¶ 3.
[3] Ex. 1, ¶ 4; Ex. 2, ¶ 4.

Consequently, Sika is therefore a New Jersey citizen, Greenwich is a citizen of both Delaware and Connecticut, and Mr. Reeves is a Florida citizen.[4]

5.

Plaintiff is a resident and citizen of the State of Georgia.[5]

6.

Accordingly, diversity of citizenship exists between the parties as contemplated by 28 U.S.C. § 1332(a)(1).

7.

Plaintiff contends that, on December 9, 2021, she "suffered severe and permanent injuries requiring extensive medical treatment, including neck injury" as a result of the underlying motor-vehicle accident.[6]  Plaintiff's Complaint does not assign any specific value to her special damages.[7]

8.

Where, as here, a plaintiff's complaint makes an unspecified demand for damages, the rule in the Eleventh Circuit is that "a removing defendant must prove by a preponderance of the evidence that the amount in controversy more likely than

---

4    28 U.S.C.A. § 1332(c)(1).
5    Ex. 1, ¶ 1.
6    Ex. 1, ¶ 11.
7    See Ex. 1.

not exceeds the jurisdictional requirement."[8] In some cases, meeting the preponderance of the evidence burden requires the removing defendant to provide additional evidence demonstrating that removal is proper, particularly where the amount in controversy is not facially apparent from the pleadings.[9]

10.

Federal courts have routinely held that pre-suit settlement offers and demands may be considered in evaluating whether the jurisdictional amount required for removal is satisfied.[10] On May 10, 2022, Plaintiff made a pre-suit demand for One Million Dollars ($1,000,000.00) to settle this case.[11]

11.

Accordingly, the amount in controversy in this action exceeds $75,000.00.

12.

Because there is complete diversity of citizenship between the parties to this action and Defendants have demonstrated by a preponderance of the evidence that the amount in controversy exceeds $75,000.00, this action is removable pursuant to 28 U.S.C. §§ 1332 and 1441.

13.

---

[8] *Marshall v. Georgia CVS Pharmacy, L.L.C.*, 580 F. Supp. 3d 1301, 1307 (N.D. Ga. 2022).
[9] *Id.*
[10] *See, e.g., La Rocca v. Stahlheber*, 676 F. Supp. 2d 1347 (S.D. Fla 2009).
[11] A true and correct copy of Plaintiff's pre-suit demand of May 10, 2022, is attached as **Exhibit 3.**

In accordance with 28 U.S.C. § 1446(a), Defendants attach as **Exhibit 4** to this Notice copies of all process, pleadings, and orders served on Defendants in the state court action to date - civil action file number **23-C-03597-S4** in the State Court of Gwinnett County, Georgia - which have not previously been included as exhibits.

14.

Defendants will promptly provide written notice of the filing of this Notice of Removal to Plaintiff in compliance with 28 U.S.C. § 1446(d).

15.

Also pursuant to 28 U.S.C. § 1446(d), Defendants will promptly file with the Clerk of the State Court of Gwinnett County and serve on Plaintiff a Notice of Filing of Notice of Removal.[12]

WHEREFORE, Defendants respectfully request that this civil action be removed to the United States District Court for the Northern District of Georgia, Atlanta Division.

---

[12] A copy of the Notice of Filing of Notice of Removal to be filed in the State Court of Cobb County is attached hereto as **Exhibit 5**.

Respectfully submitted, this 25th day of September, 2023.

**DREW ECKL & FARNHAM, LLP**

*/s/ Andrew D. Horowitz*
Andrew D. Horowitz
Georgia Bar No. 367815
Jordan E. Wilkinson
Georgia Bar No. 604097
***Attorneys for Defendants***

303 Peachtree Street, NE
Suite 3500
Atlanta, Georgia 30308
T: (404) 885-1400
F: (404) 876-0992
E: HorowitzA@deflaw.com
E: wilkinsonj@deflaw.com

13823422v1
05769-243377

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the within and foregoing *Notice of Removal* upon all parties to this action via electronic service on their counsel of record and by electronically filing it with the Clerk of Court using the Court's electronic CM/ECF System as follows:

> Parker M. Green, Esq.
> Green Law, LLC
> 178 S. Main Street, Suite 300
> Alpharetta, Georgia 30009
> parker@greenlaw-atl.com

This 25th day of September, 2023.

> **DREW, ECKL & FARNHAM, LLP**
>
> */s/ Andrew D. Horowitz*
> Andrew D. Horowitz
> Georgia Bar No. 367815
> ***Attorneys for Defendants***

303 Peachtree Street
Suite 3500
Atlanta, Georgia 30308
Telephone: (404) 885-1400
Facsimile: (404) 876-0992
Email:      ahorowitz@deflaw.com

13823422v1
05769-243377