# EXHIBIT 4

E-FILED IN OFFICE - KMG
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
**23-C-03597-S4**
5/25/2023 3:08 PM
TIANA P. GARNER, CLERK

IN THE STATE COURT OF GWINNETT COUNTY

STATE OF GEORGIA

**ELISA RODRIGUEZ**

23-C-03597-S4

CIVIL ACTION NUMBER: _____

PLAINTIFF

VS.

**SIKA CORPORATION,**

**GREENWICH INSURANCE COMPANY,**

**and MICHAEL STEVEN REEVES,**

DEFENDANT

## SUMMONS

TO THE ABOVE NAMED DEFENDANT: SIKA CORPORATION

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

Parker M. Green, Esq.
Morgan & Morgan Atlanta, PLLC
178 S. Main Street, Unit 300
Alpharetta, GA 30009

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This _____ day of _____, 20_____.
25th day of May, 2023                                              Tiana P. Garner

~~Richard T. Alexander, Jr.,~~
**Clerk of State Court**

By _____
Deputy Clerk

INSTRUCTIONS: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.

SC-1 Rev. 2011

E-FILED IN OFFICE - KMG
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
**23-C-03597-S4**
5/25/2023 3:08 PM
TIANA P. GARNER, CLERK

IN THE STATE COURT OF GWINNETT COUNTY

STATE OF GEORGIA

**ELISA RODRIGUEZ**

23-C-03597-S4

CIVIL ACTION NUMBER:

PLAINTIFF

VS.

**SIKA CORPORATION,**

**GREENWICH INSURANCE COMPANY,**

**and MICHAEL STEVEN REEVES,**

DEFENDANT

## SUMMONS

TO THE ABOVE NAMED DEFENDANT: MICHAEL STEVEN REEVES

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

Parker M. Green, Esq.
Morgan & Morgan Atlanta, PLLC
178 S. Main Street, Unit 300
Alpharetta, GA 30009

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This _____ day of _____, 20____.

25th day of May, 2023

Tiana P. Garner

~~Richard T. Alexander, Jr.,~~
Clerk of State Court

By_____
Deputy Clerk

INSTRUCTIONS: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.

SC-1 Rev. 2011

E-FILED IN OFFICE - KMG
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
**23-C-03597-S4**
5/25/2023 3:08 PM
TIANA P. GARNER, CLERK

IN THE STATE COURT OF GWINNETT COUNTY

STATE OF GEORGIA

**ELISA RODRIGUEZ**

CIVIL ACTION NUMBER: 23-C-03597-S4

PLAINTIFF

VS.

**SIKA CORPORATION,**

**GREENWICH INSURANCE COMPANY,**

**and MICHAEL STEVEN REEVES,**

DEFENDANT

## SUMMONS

TO THE ABOVE NAMED DEFENDANT: **GREENWICH INSURANCE COMPANY**

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

Parker M. Green, Esq.
Morgan & Morgan Atlanta, PLLC
178 S. Main Street, Unit 300
Alpharetta, GA 30009

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This _____ day of _____, 20____.
25th day of May, 2023

Tiana P. Garner

~~Richard T. Alexander, Jr.,~~
Clerk of State Court

By _____
Deputy Clerk

INSTRUCTIONS: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.

SC-1 Rev. 2011

Case 1:23-cv-04345-LMM   Document 1-3   Filed 09/25/23   Page 5 of 9

E-FILED IN OFFICE - JM
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**23-C-03597-S4**

**8/23/2023 2:52 PM**

TIANA P. GARNER, CLERK

IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | |
|---|---|
| ELISA RODRIGUEZ,<br><br>*Plaintiffs*,<br><br>vs.<br><br>SIKA CORPORATION, GREENWICH INSURANCE COMPANY, and MICHAEL STEVEN REEVES,<br><br>*Defendants*. | CIVIL ACTION FILE<br>NO.: 23-C-03597-S4 |

## AFFIDAVIT OF COMPLIANCE FOR SERVICE OF PROCESS

**STATE OF GEORGIA**
**COUNTY OF FULTON**

PERSONALLY APPEARED BEFORE ME, the undersigned officer duly authorized to administer oaths, PARKER M. GREEN, who, after being duly sworn, on oath deposes and says:

1.

I am over the age of majority, and I am an attorney duly licensed to practice law in the State of Georgia and an active member in good standing with the State Bar of Georgia.

2.

I am the attorney who represents the Plaintiffs in the above-captioned action against Defendants Sika Corporation, Greenwich Insurance Company and Michael Steven Reeves.

3.

I do hereby certify that in accordance with O.C.G.A. § 40-12-2, I have forwarded by Federal Express Overnight, signature requested, the Summons, Complaint, Request for

Admissions and Interrogatories and Request for Production of Documents of the above case to Defendant Michael Steven Reeves at the last known address: 1372 Pine Bluff Road, Perry, Taylor County, Florida 32348-8590.

3.

I further certify that I shall file with the appropriate Court, appended to the documents regarding this case: (1) any return receipt received as evidence of service upon said Defendant by the Plaintiff, and (2) this Affidavit of Compliance.

FURTHER AFFIANT SAITH NOT.

This 23rd day of August, 2023.

**PARKER M. GREEN, ESQ.**
Georgia Bar No. 130593
*Attorney for Plaintiff*

Sworn to and subscribed before me this 23 day of August, 2023

NOTARY PUBLIC
My Commission Expires: 02/14/2025



Case 1:23-cv-04345-LMM   Document 1-3   Filed 09/25/23   Page 7 of 9

E-FILED IN OFFICE - JM
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
**23-C-03597-S4**
**8/29/2023 12:10 PM**
TIANA P. GARNER, CLERK

# AFFIDAVIT OF SERVICE

**State of Georgia**  **County of Gwinnett**  **State Court**

Case Number: 23-C-03597-S4

Plaintiff: **ELISA RODRIGUEZ**
vs.
Defendants: **SIKA CORPORATION, GREENWICH INSURANCE COMPANY, and MICHAEL STEVEN REEVES**

For:
Parker Green
Green Law, LLC
178 S. Main Street
Unit 300
Alpharetta, GA 30009

Received by Absolute Legal Services to be served on **Greenwich Insurance Company Registered Agent: Linda Banks c/o CT Corporation System, 289 S Culver St., Lawrenceville, GA 30046**.

I, Christopher Todd Horton, being duly sworn, depose and say that on the **24th day of August, 2023** at **1:27 pm**, I:

served **Greenwich Insurance Company Registered Agent: Linda Banks c/o CT Corporation System** by delivering a true copy of the **SUMMONS TO SIKA CORPORATION; SUMMONS TO MICHAEL STEVEN REEVES; SUMMONS TO GREENWICH INSURANCE COMPANY; COMPLAINT; PLAINTIFF'S 1ST INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS; PLAINTIFF'S FIRST REQUESTS FOR ADMISSIONS TO DEFENDANT SIKA CORPORATION & GREENWICH INSURANCE COMPANY; PLAINTIFF'S FIRST REQUESTS FOR ADMISSIONSTO DEFENDANT MICHAEL STEVEN REEVES** with the date and hour of service endorsed thereon by me, to: **Linda Banks c/o CT Corporation**, title: **Process Specialist**, a person authorized to accept process for the Company, **Greenwich Insurance Company Registered Agent: Linda Banks c/o CT Corporation System**, at the address of: **289 South Culver Street, Lawrenceville, GA 30056**.

**Description** of Person Served: Age: 73, Sex: F, Race/Skin Color: White, Height: 5'4", Weight: 140, Hair: Grey, Glasses: Y

I certify that I am a citizen of the United States over the age of 18 and have no interest in the above-styled case.

Signed and sworn before me on the ___ day of _____, ____, by the affiant who is personally known to me or produced identification.

NOTARY PUBLIC

**Christopher Todd Horton**
Process Server ID No. CPS243

**Absolute Legal Services**
930 New Hope Road
Suite 11-110
Lawrenceville, GA 30045
(770) 736-8106

Our Job Serial Number: RBC-2023001921
Ref: RODRIGUEZ

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2k

Case 1:23-cv-04345-LMM   Document 1-3   Filed 09/25/23   Page 8 of 9

E-FILED IN OFFICE - JM
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
**23-C-03597-S4**
**8/29/2023 12:10 PM**
TIANA P. GARNER, CLERK

# AFFIDAVIT OF SERVICE

**State of Georgia**  **County of Gwinnett**  **State Court**

Case Number: 23-C-03597-S4

Plaintiff: **ELISA RODRIGUEZ**
vs.
Defendants: **SIKA CORPORATION, GREENWICH INSURANCE COMPANY, and MICHAEL STEVEN REEVES**

For:
Parker Green
Green Law, LLC
178 S. Main Street
Unit 300
Alpharetta, GA 30009

Received by Absolute Legal Services to be served on **Sika Corporation Registered Agent: Corporation Service Company, 2 Sun Court, Suite #400, Peachtree Corners, GA 30092**.

I, Christopher Todd Horton, being duly sworn, depose and say that on the **24th day of August, 2023** at **12:47 pm, I:**

served **Sika Corporation Registered Agent: Corporation Service Company** by delivering a true copy of the **SUMMONS TO SIKA CORPORATION; SUMMONS TO MICHAEL STEVEN REEVES; SUMMONS TO GREENWICH INSURANCE COMPANY; COMPLAINT; PLAINTIFF'S 1ST INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS; PLAINTIFF'S FIRST REQUESTS FOR ADMISSIONS TO DEFENDANT SIKA CORPORATION & GREENWICH INSURANCE COMPANY; PLAINTIFF'S FIRST REQUESTS FOR ADMISSIONSTO DEFENDANT MICHAEL STEVEN REEVES** with the date and hour of service endorsed thereon by me, to: **Alisha Smith Registered Agent Corporation Service Company,** title: **CSC Coordinator,** a person authorized to accept process for the Company, **Sika Corporation Registered Agent: Corporation Service Company,** at the address of: **2 Sun Court, Suite 400, Peachtree Corners, GA 30092.**

**Description** of Person Served: Age: 42, Sex: F, Race/Skin Color: Black, Height: 5'8", Weight: 150, Hair: Black, Glasses: N

I certify that I am a citizen of the United States over the age of 18 and have no interest in the above-styled case.

Signed and sworn before me on the ____ day of _____, 2023 by the affiant who is personally known to me or produced identification.

NOTARY PUBLIC

[Notary Seal: TIFFANY HORTON, NOTARY, EXPIRES GEORGIA 5-18-2027, PUBLIC, GWINNETT COUNTY]

**Christopher Todd Horton**
Process Server ID No. CPS243

**Absolute Legal Services**
930 New Hope Road
Suite 11-110
Lawrenceville, GA 30045
(770) 736-8106

Our Job Serial Number: RBC-2023001920
Ref: RODRIGUEZ

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2k

Case 1:23-cv-04345-LMM   Document 1-3   Filed 09/25/23   Page 9 of 9

E-FILED IN OFFICE - JM
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**23-C-03597-S4**

**9/5/2023 11:38 AM**

TIANA P. GARNER, CLERK

IN THE STATE COURT OF GWINNETT COUNTY, STATE OF GEORGIA

| | |
|---|---|
| Elisa Rodriguez<br>Plaintiff/Petitioner<br>vs.<br>Michael Steven Reeves; et al.<br>Defendant/Respondent | Case No.: 23-C-03597-S4<br><br>AFFIDAVIT OF SERVICE OF<br>**Summons; Complaint; Plaintiff's First Request for Admissions; Plaintiff's First Interrogatories; Plaintiff's First Request for Production of Documents; Affidavit of Compliance for SOP** |

Received by **Jeremy Stinson**, on the **31st day of August, 2023 at 11:31 AM** to be served upon **Michael Steven Reeves** at **1372 Pine Bluff Road, Perry, Taylor County, FL 32348**.
On the **1st day of September, 2023 at 11:05 AM**, I, **Jeremy Stinson**, SERVED **Michael Steven Reeves** at **1372 Pine Bluff Road, Perry, Taylor County, FL 32348** in the manner indicated below:

**INDIVIDUAL SERVICE**, by personally delivering **1** copy(ies) of the above-listed documents to **Michael Steven Reeves**.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
**I delivered the documents to Michael Steven Reeves with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a gray-haired white male contact 55-65 years of age, 5'10"-6'0" tall and weighing 200-240 lbs.**

Service Fee Total: **$140.00**

Per 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

NAME: _Jeremy Stinson_    Server ID #: 2010-019    Date: 9-5-2023

Notary Public: Subscribed and sworn before me on this **5th** day of **September** in the year of 20**23**
Personally known to me ✓ or _____ identified by the following document: _____

_Samantha Spears_
Notary Public (Legal Signature)

SAMANTHA NICOLE SPEARS
Notary Public - State of Florida
Commission # HH 355503
My Comm. Expires Jan 29, 20__
Bonded through National Notary Ass__



REF: **REF-13568800 (Elisa Rodriguez)**

Page 1 of 1
Tracking #: 0113423237