# EXHIBIT 5

## IN THE STATE COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| **ELISA RODRIGUEZ,** ) <br> ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **SIKA CORPORATION, GREENWICH** ) <br> **INSURANCE COMPANY, and** ) <br> **MICHAEL STEVEN REEVES,** ) <br> ) <br> **Defendants.** ) | **CIVIL ACTION NO. 23-C-03597-S4** |

### DEFENDANTS' NOTICE OF FILING OF NOTICE OF REMOVAL

TO:    Clerk, State Court of Gwinnett County, Georgia.

In compliance with 28 U.S.C. § 1446(d), you are hereby notified of the filing of a Notice of Removal of this action to the United States District Court for the Northern District of Georgia, Atlanta Division, a copy of said Notice of Removal being attached hereto as **Exhibit 1.**

This 25th day of September, 2023.

                                                **DREW ECKL & FARNHAM, LLP**

                                                */s/ Andrew D. Horowitz*
                                                Andrew D. Horowitz
                                                Georgia Bar No. 367815
                                                Jordan E. Wilkinson
                                                Georgia Bar No. 604097
                                                ***Attorneys for Defendants***

303 Peachtree Street
Suite 3500
Atlanta, Georgia 30308
T: (404) 885-1400
E: ahorowitz@deflaw.com
E: wilkinsonj@deflaw.com

## CERTIFICATE OF SERVICE

I certify that, on the date below, I served all parties in the foregoing matter with a copy of the foregoing *Notice of Filing of Notice of Removal* by electronic service on each party's counsel of record, properly addressed as follows:

>Parker M. Green, Esq.
>Green Law, LLC
>178 S. Main Street
>Suite 300
>Alpharetta, Georgia 30009
>parker@greenlaw-atl.com

This 25th day of September, 2023.

>DREW, ECKL & FARNHAM, LLP
>
>/s/ Andrew D. Horowitz
>Andrew D. Horowitz
>Georgia Bar No. 367815
>***Attorneys for Defendants***

303 Peachtree Street
Suite 3500
Atlanta, Georgia 30308
Telephone: (404) 885-1400
Facsimile: (404) 876-0992
Email: ahorowitz@deflaw.com

13823282v1
05769-243377